UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ADAM JEROME TATUM, : | |
| : | |
| Plaintiff, : | |
| : | CASE NO. 1:13-cv-26 |
| v. : | |
| : | JUDGE COLLIER/LEE |
| CITY OF CHATTANOOGA, et.al, : | |
| : | |
| Defendants. : | |

STIPULATION OF DISMISSAL WITH PREJUDICE OF THE
CITY OF CHATTANOOGA, ALL POLICE OFFICERS IN THEIR
OFFICIAL CAPACITIES AND ALL POLICE OFFICERS, EXCEPT
SEAN EMMER AND ADAM COOLEY, IN THEIR INDIVIDUAL CAPACITIES

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this stipulation of dismissal with prejudice, signed by all parties that have appeared, dismissing this action with prejudice against the defendants City of Chattanooga, Former Officer Sean Emmer in his official capacity only, Former Officer Adam Cooley in his official capacity only, Officer James Smith in his official and individual capacities, Officer Joseph Neighbors in his official and individual capacities, Officer Mike Wenger in his official and individual capacities, and Approximately Eleven Unidentified and Unknown Chattanooga Police Officers Present at the Incident Scene in their official and individual capacities.

At this time all of the above named and unnamed defendants who could have been included in this suit are stipulated to be dismissed with prejudice as set forth herein and all parties stipulate that the parties will be responsible for their respective costs, including attorney fees, of this action.

Dated this 19th day of December, 2013.

1

Respectfully submitted,

   s/ Robin Ruben Flores
ROBIN RUBEN FLORES – BPR #20751
Attorney for Plaintiff
4110-A Brainerd Road
Chattanooga, Tennessee 37411
(423) 267-1575


   s/ Michael M. Raulston
MICHAEL M. RAULSTON - BPR #001845
Attorney for Plaintiff
511 Georgia Avenue, 2nd Floor
Chattanooga, Tennessee 37403
(423) 756-1233
(423) 756-1250 fax
CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY


By:   s/ Keith J. Reisman
   PHILLIP A. NOBLETT - BPR #10074
   *Deputy City Attorney*
   KEITH J. REISMAN – BPR #26974
   *Assistant City Attorney*
   Attorneys for City of Chattanooga, Former Officer Sean Emmer, in his official capacity, Former Officer Adam Cooley, in his official capacity, Officer James Smith, in his official capacity, Officer Joseph Neighbors, in his official capacity, Officer Mike Wenger, in his official capacity, and Approximately Eleven Unknown Chattanooga Police Officers Present at the Incident Scene, in their official capacities
   100 East 11th Street, Suite 200
   Chattanooga, Tennessee 37402
   (423) 643-8250

BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC


By: ____s/ Heather H. Sveadas_____
   JOSHUA POWERS – BPR #15639
   HEATHER H. SVEADAS - BPR #22304
   Attorneys for Chattanooga-Hamilton County
   Hospital Authority d/b/a Erlanger Health
   Systems
   633 Chestnut Street, Suite 1800
   Chattanooga, Tennessee 37450
   (423) 756-2010

DAVIS & HOSS, P.C.


By: ___s/ Bryan Hoss_____
   BRYAN HOSS – BPR #21529
   LEE DAVIS - BPR #15958
   STEVIE N. PHILLIPS – BPR #27467
   For Sean Emmer, in his individual
   capacity
   508 East 5th Street
   Chattanooga, Tennessee 37403
   (423) 266-0605

PATRICK, BEARD, SCHULMAN &
    JACOWAY, P.C.


By: ____s/ R. Jonathan Guthrie_____
   R. JONATHAN GUTHRIE – BPR # 20762
   Attorney for Adam Cooley, in his individual
   capacity
   537 Market Street, Suite 202
   Chattanooga, Tennessee 37402
   (423)756-7117

TIDWELL AND IZELL, P.C.

By: _____s/ W. Gerald Tidwell, Jr._____
    W. GERALD TIDWELL, JR. – BPR #10136
    ADAM IZELL – BPR # 028438
    Attorney for James Smith and Michael W. Wenger, in their individual capacities
    736 Market Street, Suite 1550
    Chattanooga, Tennessee 37402
    (423) 602-7511

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN PLLC

By: ____s/ D. Scott Bennett_____
    D. SCOTT BENNETT – BPR #15988
    JAMES F. EXUM III – BPR #25377
    Attorneys for Joseph Neighbors, in his individual capacity
    Third Floor, Pioneer Building
    Chattanooga, Tennessee 37402
    (423) 265-0214

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 19th day of December, 2013.

                                                                                                                     s/   Michael M. Raulston