UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

ADAM JEROME TATUM, :
:
            Plaintiff, :
:    CASE NO. 1:13-cv-210
v. :
:    JUDGE COLLIER/LEE
CITY OF CHATTANOOGA, et.al., :
:
            Defendants. :

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this stipulation of dismissal with prejudice, signed by all parties that have appeared, dismissing this action with prejudice.

At this time all of the defendants are stipulated to be dismissed with prejudice as set forth herein and all parties stipulate that the parties will be responsible for their respective costs, including attorney fees, of this action.

Dated this _____ day of December, 2013.

                                              Respectfully submitted,

                                              __s/ Robin Ruben Flores_____
                                              ROBIN RUBEN FLORES – BPR #20751
                                              Attorney for Plaintiff
                                              4110-A Brainerd Road
                                              Chattanooga, Tennessee 37411
                                              (423) 267-1575

   s/ Michael M. Raulston
MICHAEL M. RAULSTON - BPR #001845
Attorney for Plaintiff
511 Georgia Avenue, 2nd Floor
Chattanooga, Tennessee 37403
(423) 756-1233
(423) 756-1250 fax

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY

By:    s/ Keith J. Reisman
    PHILLIP A. NOBLETT - BPR #10074
    *Deputy City Attorney*
    KEITH J. REISMAN – BPR #026974
    *Assistant City Attorney*
    Attorneys for City of Chattanooga, Tennessee, and Officer Latoya Tate, Officer Daryl Slaughter, Officer Douglas Rawson, Officer Michael Joiner, Officer Todd Clay, Officer Curtis Roth, Sergeant Darrell Turner, Officer Brion P. Posey, Officer Cameka Bruce, Officer Matthew Robertson, and Sergeant Bryan S. Churchwell, all in their official capacities
    100 East 11th Street, Suite 200
    Chattanooga, TN 37402
    (423) 643-8250

ROBINSON, SMITH & WELLS

By:    s/ Ronald D. Wells
    RONALD D. WELLS – BPR #11185
    KEITH H. GRANT – BPR #23274
    Attorneys for Sergeant Darrell Turner and Sergeant Bryan S. Churchwell, in their individual capacities
    633 Chestnut Street, #700
    Chattanooga, Tennessee 37450
    (423) 756-5051

STULCE & YANTIS

By: ____s/ Arnold A. Stulce, Jr._____
    ARNOLD A. STULCE, JR. – BPR #05308
    Attorneys for Officer Michael Joiner and
    Officer Todd Clay, in their individual capacities
    Dome Building
    736 Georgia Avenue
    Suite 100
    Chattanooga, Tennessee 37402
    (423) 267-9072

LEITNER, WILLIAMS, DOOLEY
    & NAPOLITAN, PLLC

By: ____s/ D. Scott Bennett_____
    D. SCOTT BENNETT – BPR #15988
    JAMES F. EXUM III – BPR #25377
    Attorneys for Officer Latoya Tate, Officer Daryl
    Slaughter, Officer Douglas Rawson, Officer
    Curtis Roth, Officer Brion P. Posey and Officer
    Cameka Bruce, and Officer Matthew Robertson,
    in their individual capacities
    Third Floor, Pioneer Building
    Chattanooga, Tennessee 37402
    (423) 265-0214

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This _____ day of December, 2013.

                                                                                                                              s/   Keith J. Reisman