UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ADAM JEROME TATUM, | ) |
| Plaintiff | ) |
| v. | ) CASE NO. 1:13-cv-26 |
| | ) *Collier/Lee* |
| CITY OF CHATTANOOGA, et al., | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF OFFICERS SEAN EMMER AND ADAM COOLEY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this stipulation of dismissal with prejudice, signed by all parties that have appeared, dismissing this action with prejudice against the defendants, Officers Sean Emmer and Adam Cooley in their individual capacities.

All parties stipulate that the parties will be responsible for their respective costs, including attorney fees, of this action.

Dated this 31st day of January, 2014.

Respectfully submitted,

By: /s/ Robin R. Flores
    ROBIN RUBEN FLORES - BPR #20751
    Attorney for Plaintiff
    4110 Brainerd Rd, Suite A
    Chattanooga, TN 37411-3700
    Phone: (423) 267-1575


By: /s/ Michael M. Raulston
    MICHAEL M. RAULSTON - BPR #01845
    Attorney for the Plaintiff
    511 Georgia Ave, 2nd Floor
    Chattanooga, TN 37403
    Phone: (423) 756-1233


**CITY OF CHATTANOOGA, TENNESSEE**
**OFFICE OF THE CITY ATTORNEY**


By: /s/ Phillip A. Noblett
    PHILLIP A. NOBLETT - BPR #10074
    Deputy City Attorney
    KEITH J. REISMAN - BPR # 26974
    Assistant City Attorney
    Attorneys for City of Chattanooga, Former
    Office Sean Emmer, in his official capacity,
    Former Officer Adam Cooley, in his official
    capacity, Officer James Smith, in his official
    capacity, Officer James Neighbors, in his
    official capacity, Officer Mike Wenger, in
    his official Capacity, and Approximately
    Eleven Unknown Chattanooga Police
    Officer Present at the Incident Scene, in
    their official capacities
    100 East 11th Street, Suite 200
    Chattanooga, Tennessee 37402
    Phone: (423) 643-8250

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: /s/ Heather H. Sveadas
JOSHUA A. POWERS - BPR #015639
HEATHER H. SVEADAS -BPR #022304
Attorneys Chattanooga-Hamilton County Hospital Authority D/B/A Erlanger Health Systems
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800
Phone: (423) 756-2010


**DAVIS & HOSS, P.C.**

By: /s/ Stevie N. Phillips
BRYAN HOSS - BPR #21529
LEE DAVIS - BPR #15958
STEVIE N. PHILLIPS - BPR #27467
For Sean Emmer, in his individual capacity
508 East 5th Street
Chattanooga, Tennessee 37403
Phone: (423) 266-0605


**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By: /s/ R. Jonathan Guthrie
R. JONATHAN GUTHRIE- BPR #20762
For Adam Cooley, in his individual capacity
537 Market Street, Suite 202
Chattanooga, Tennessee 37402
Phone: (423) 756-7117

**TIDWELL AND IZELL, P.C.**

By: /s/ W. Gerald Tidwell Jr.
    W. GERALD TIDWELL, JR - BPR #10136
    ADAM IZELL - BPR #028438
    Attorney for James Smith and Michael W. Wenger, in their individual capacities
    736 Market Street, Suite 1550
    Chattanooga, Tennessee 37402
    Phone: (423) 602-7511

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN PLLC**

By: /s/James_F. Exum III
    D. SCOTT BENNETT - BPR #15988
    JAMES F. EXUM III -BPR #25377
    Attorneys for Joseph Neighbors, in his individual capacity
    Third Floor, Pioneer Building
    Chattanooga, Tennessee 37402
    Phone: (423) 265-0214

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 31st day of January, 2014.

                s/ Stevie Phillips